IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

THIS DOCUMENT RELATES TO CASES
ON THE EXHIBITS A-C ATTACHED HERETO

**ORDER**
(Dismissing Defendant American Medical Systems, Inc.
from Certain Cases with Prejudice)

Pending in MDL 2327, 2:12-md-2327 [Docket # 1444], is a Joint Motion to Dismiss filed by plaintiffs identified in the attached Exhibits A-C and American Medical Systems, Inc. ("AMS") seeking dismissal of AMS from these actions with prejudice because all claims between them have been compromised and settled, including all claims, counterclaims, cross-claims and third party claims. After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss AMS with Prejudice is **GRANTED**.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and in the individual cases listed in the attached Exhibits A-C.

ENTER: February 5, 2015

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

**EXHIBIT A - ANDRUS WAGSTAFF**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-CV-11967 | Leah Landon, James Landon v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:14-CV-17529 | Sandra Blaylock v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc, |

**EXHIBIT B - MOTLEY RICE**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:12-CV-00936 | Elsie Pierce v. Johnson & Johnson, Ethicon, Inc., American Medical Systems, Inc. |

## EXHIBIT C - WATERS & KRAUS

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-CV-25419 | Vivian E. Lujan v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |